| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JOHN HARVEY GREENWOOD    SBN: 125707<br>5437 LAUREL CANYON BLVD.,<br>SECOND FLOOR<br>VALLEY VILLAGE, CA 91607<br>TEL(323) 938-2868<br>FAX(323)938-6069<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* MOVANT | FILED<br>DEC 10 2007 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DORA THOMAS | CHAPTER: 7 |
|---|---|
|  | CASE NO.: LA07 19276-BB |
| Debtor(s). | DATE: 1/8/08<br>TIME: 10:00 AM<br>CTRM: 1482<br>FLOOR: 14TH |

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations)
**(MOVANT:** JULIO MONTERROSO **)**
**(Unlawful Detainer)**

1. NOTICE IS HEREBY GIVEN to the Debtor(s), Debtor's(s') attorney, and other interested parties ("Responding Party") that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay or for an order confirming that the automatic stay does not apply as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

    ☐ NOTICE IS ALSO GIVEN to the Trustee as an additional Responding Party, because the Motion relates to a nonresidential property.

2. Hearing Location:  ☒ **255 East Temple Street, Los Angeles**   ☐ 411 West Fourth Street, Santa Ana
                     ☐ 21041 Burbank Boulevard, Woodland Hills   ☐ 1415 State Street, Santa Barbara
                     ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of the Motion.

    b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

        ☐ at the hearing    ☐ at least _____ court days before the hearing.

    (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

    (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the debtor and trustee, if any.

    (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                          F 4001-1M.UD

Motion for Relief from Stay (Unlawful Detainer) - *Page 2 of* 9     **F 4001-1M.UD**

| In re  DORA THOMAS | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: LA07 19276-BB |

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 12/6/07

_____
*Print Law Firm Name (if applicable)*

JOHN HARVEY GREENWOOD
*Print Name of Individual Movant or Attorney for Movant*

X _____
*Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*     **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - Page 3 of 9   **F 4001-1M.UD**

| In re DORA THOMAS (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: LA07 19276-BB |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
### (Unlawful Detainer)
**(MOVANT:** JULIO MONTERROSO )

1. **The Property at Issue:** Movant moves for relief from the automatic stay to obtain possession of the residential or nonresidential premises at the following address (the "Property"):

    Street Address:   12434 BIRCH AVENUE,
    Apartment/Suite No.:   #B
    City, State, Zip Code:   HAWTHORNE, CA 90250

    **The Property is:**   ☒ Residential   ☐ Nonresidential

2. **Case History:**
    a. ☒ A voluntary   ☐ An involuntary   petition under Chapter   ☒ 7   ☐ 11   ☐ 12   ☐ 13
       was filed on (specify date): 10/16/07
    b. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13
       was entered on (specify date):
    c. ☐ Plan was confirmed on (specify date):
    d. ☐ Other bankruptcy cases of the Debtor were pending within the year ending on the petition date. See attached Declaration.
    e. ☐ Other bankruptcy cases affecting this Property have been pending within the two years ending on the petition date. See attached Declaration.

3. **Grounds for Relief from Stay:** (Check all that apply)
    a. ☐ Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of petition date, Debtor(s) had no right to continued occupancy of the premises, as follows:
       (1) ☐ An unlawful detainer judgment in favor of Movant was entered prepetition.
           A. ☐ The debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).
           B. ☐ The debtor or adult dependent of debtor has not deposited with the Clerk any rent that would become due during the 30-day period after the filing of the petition.
           C. ☐ The debtor or adult dependent of debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.
           D. ☐ The Movant has filed and served an objection to the certification referenced in (a)(1)(A) and/or (a)(1)(C) above. A copy of the objection is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.
       (2) ☒ An unlawful detainer proceeding was commenced prepetition.
       (3) ☐ Movant acquired title to the premises by foreclosure sale prepetition and recorded the deed within the period provided by state law for perfection.
       (4) ☐ Movant acquired title to the premises by foreclosure sale postpetition and recorded the deed within the period provided by state law for perfection.
       (5) ☐ The lease or other right of occupancy expired by its terms prepetition.
       (6) ☐ The lease has been rejected or deemed rejected by operation of law.
       (7) ☐ Lease payments have not been made since the filing of the petition.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005   **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 4 of 9*    **F 4001-1M.UD**

| In re       (SHORT TITLE)<br>DORA THOMAS                  | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: LA07 19276-BB |

    (8) ☐ An eviction action has been filed to obtain possession of the subject residential property on grounds of endangerment of the property **or** because of illegal use of controlled substances on the property and Movant has filed and served upon Debtor a certification that ☐ such an action was filed or ☐ that within the 30 days preceding the certification Debtor has endangered the subject property or illegally allowed the use of controlled substances on the property. A copy of Movant's certification is attached as Exhibit _____. Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for: _____.

  b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

  c. ☐ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

    (1) ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

    (2) ☐ Other bankruptcy cases have been filed asserting an interest in the same property.

    (3) ☐ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

4. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

  ☒ Movant submits the attached Unlawful Detainer Declaration to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

  ☒ Other Declaration(s) are also attached in support of this Motion.

**WHEREFORE, Movant prays that this Court issue an Order granting the following** *(specify forms of relief requested)*:

1. ☐ Termination of the stay to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession of the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as set forth in the attached Declaration(s).

3. ☐ An order confirming that the automatic stay does not apply.

4. ☐ Alternatively, if immediate relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable:

    a. Establishment of a deadline for assumption or rejection of the lease.

    b. Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005    **F 4001-1M.UD**

| Motion for Relief from Stay (Unlawful Detainer) - *Page 5 of 9* | | **F 4001-1M.UD** |
|---|---|---|
| In re<br>DORA THOMAS                (SHORT TITLE) | CHAPTER: | 7 |
| Debtor(s). | CASE NO.: | LA07 19276-BB |

5. Additional provisions requested:

   a. ☒ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☐ Termination or modification of the Co-debtor Stay of 11 U.S.C. § 1201 or § 1301 as to the above-named co-debtor, on the same terms and conditions.

   c. ☒ That the 10-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

   d. ☒ That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

   e. ☐ For other relief requested, see attached continuation page.

Dated: 12/6/07                                          Respectfully submitted,

JULIO MONTERROSO
*Movant Name*

_____
*Firm Name of Attorney for Movant (if applicable)*

By: X_____
*Signature*

Name: JOHN HARVEY GREENWOOD
*Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 6 of 9*    **F 4001-1M.UD**

| In re<br>DORA THOMAS | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: LA07 19276-BB |

# UNLAWFUL DETAINER DECLARATION
### (MOVANT: JULIO MONTERROSO )

I, __JULIO MONTERROSO__, declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the residential or nonresidental real property that is the subject of this Motion ("Property") because:

   ☒ I am the Movant and owner of the Property.

   ☐ I manage the Property as the authorized agent for the Movant.

   ☐ I am employed by Movant as *(state title and capacity)*:

   ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The address of the Property that is the subject of this Motion is:

   Street Address:          12434 BIRCH AVENUE,
   Apartment/Suite No.:     #B
   City, State, Zip Code:   HAWTHORNE, CA 90250

4. Movant is the legal owner of the Property, or the owner's legally authorized agent. A true and correct copy of the Trustee's Deed upon Sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit _____. A true and correct copy of any applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Property is:  ☒ residential property    ☐ nonresidential property
   a. Debtor(s) occupies the Property
      ☒ on a month-to-month tenancy          ☐ pursuant to a lease that is in default
      ☐ after a foreclosure sale on: _____    ☐ other *(specify)*:
   b. ☒ Debtor(s) has/have failed to pay the monthly rent of $ 1,650.00 _____ since the following date *(specify date)*: 9/1/06
   c. ☐ In addition, Debtor(s) has/have failed to pay other obligations under the lease, including the following (*See attached continuation page for itemization*):
      (1) ☐ Common area maintenance charges
      (2) ☐ Property taxes
      (3) ☐ For additional obligations, see attached continuation page.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                              **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 7 of 9*    **F 4001-1M.UD**

| In re<br>DORA THOMAS | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: LA07 19276-BB |

6. Debtor's(s') bankruptcy petition in this case was filed on *(specify date)*: 10/16/07

7. Procedural status *(indicate all that apply, and provide dates for completed steps)*:

   a. ☒ Movant caused a Notice to Quit to be served upon the Debtor(s) on *(specify date)*: 7/9/07
      A true and correct copy of which is attached hereto as Exhibit "A"

   b. ☒ Before the filing of the petition, Movant had commenced an unlawful detainer proceeding in state court and completed the following:

      (1) ☒ Movant filed a Complaint for Unlawful Detainer against the Debtor(s) on *(specify date)*: 7/20/07, a true and correct copy of which is attached as Exhibit "B".

      (2) ☐ Trial was held on *(specify date)*:

      (3) ☐ An Unlawful Detainer Judgment against the Debtor(s) was entered on the Complaint for Unlawful Detainer on *(specify date)*:_____, a true and correct copy of which is attached as Exhibit _____.

      (4) ☐ A Writ of Possession for the Property was issued by the state court on *(specify date)*:_____, a true and correct copy of which is attached as Exhibit _____.

      (5) ☐ The Debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

      (6) ☐ The Debtor or adult dependent of Debtor has not deposited with the Clerk any rent that would become due during the 30-day period after the filing of the petition.

      (7) ☐ The debtor or adult dependent of debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

      (8) ☐ Movant has filed and served an objection to Debtor's certification referenced in paragraph (5) and/or (7) above, a copy of which is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

      (9) ☐ An eviction action has been filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that Debtor has endangered the subject property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of Debtor's objection, if filed, is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

   c. ☐ The lease was rejected on _____ *(date)*:

      (1) ☐ by operation of law.

      (2) ☐ by Order of the Court.

   d. ☐ The regular lease payments have not been made since the filing of the petition.

8. ☒ Debtor(s) has/have no equity in the Property because Debtor(s) does/do not have a lease interest that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because *(specify)*:

   a. ☒ The Property is residential and is not producing income for the Debtor(s).

   b. ☐ The Property is commercial, but no reorganization is reasonably in prospect.

   c. ☐ Other *(specify)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005    **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 8 of* 9     **F 4001-1M.UD**

| In re (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| DORA THOMAS  Debtor(s). | CASE NO.: LA07 19276-BB |

10. ☐ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.
   a. ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.
   b. ☐ Other bankruptcy cases have been filed asserting an interest in the same property.
   c. ☐ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.
   d. ☐ Other *(specify)*:

11. ☐ Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:

   a. Case Name:
      Case Number:           Chapter:
      Date Filed:            Date Dismissed:
      Relief from stay re this Property   ☐ was   ☐ was not  granted.

   b. Case Name:
      Case Number:           Chapter:
      Date Filed:            Date Dismissed:
      Relief from stay re this Property   ☐ was   ☐ was not  granted.

   c. ☐ See attached continuation page for more information about other cases.

12. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the actions set forth in paragraph 7 that were taken after the filing of the bankruptcy petition in this case.
   a. ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.
   b. ☐ Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 11 above.
   c. ☐ For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** DECEMBER 6TH , 2007 , **at** LOS ANGELES, CALIFORNIA _____ *(city, state)*.

JULIO MONTERROSO                          X _____
Print Declarant's Name                    Signature of Declarant

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                  **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - Page 9 of 9    **F 4001-1M.UD**

| In re (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| DORA THOMAS                                           Debtor(s). | CASE NO.: LA07 19276-BB |

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

1. I am over the age of 18 and not a party to the within action. My business address is as follows:
   5437 LAUREL CANYON BLVD., SECOND FLOOR, VALLEY VILLAGE, CA 91607

2. **Regular Mail Service:** On 12/06/07 , pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as: NOTICE OF MOTION and MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at LOS ANGELES , California, addressed as set forth on the attached list.

   *NOTE:* If the Notice and Motion have been served pursuant to an Order Shortening Time ("Order"), you must file a Proof of Service that indicates that the notice and service requirements contained in the Order have been met.

3. **See attached list for names and addresses of all parties and counsel that have been served.** (In the manner set forth in Local Bankruptcy Rule 7004-1(b), specify capacity in which service is made; e.g., Debtors, Debtor's(s') Attorney, Trustee, Trustee's Attorney, Creditors Committee, or 20 largest unsecured creditors, etc.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/6/07

BEVERLY BANNER
*Typed Name*                                              *Signature*

DORA THOMAS
12434 BIRCH AVE.,
#B
HAWTHORNE, CA 90250

R. TODD NEILSON
LECG, LLP
2049 CENTURY PARK EAST
SUITE 2300
LOS ANGELES, CA 90067

UNITED STATES TRUSTEE (LA)
725 S. FIGUEROA ST.,
26TH FLOOR
LOS ANGELES, CA 90017

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                    **F 4001-1M.UD**

| In re | (SHORT TITLE) | CHAPTER 7 CASE NUMBER |
|---|---|---|
| DORA THOMAS | Debtor. | LA07 19276-BB |

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF _____ LOS ANGELES _____

1. I am employed in the County of __LOS ANGELES__, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

   5437 LAUREL CANYON BLVD., SECOND FLOOR, VALLEY VILLAGE, CA 91607

2. The Court granted Movant's Ex Parte / Motion for an Order Shortening Time as to the Motion for Relief from the Automatic Stay which required service to be completed as follows:

   a. [X] **Personal Service:** On __12/6/07__, which was at least 48 hours before the hearing date, pursuant to Local Bankruptcy Rule 113, personal service of the documents described as: NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 was made at the address(es) set forth below.

   b. [ ] **Modified Mail Service:** On _____, which was at least two (2) business days before the hearing date, pursuant to Local Bankruptcy Rule 113, I served the documents described as: NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at __LOS ANGELES__, California, addressed as set forth below.

3. Parties and addresses upon which service was made (Note: *Both Debtor and Debtor's Attorney, if any, and such other parties as required by Local Bankruptcy Rule 112 or 113 must be served*):

   12434 BIRCH AVENUE
   #B
   HAWTHORNE, CA 90250

THE ABOVE STATED DOCUMENTS (NOTICE OF MOTION/MOTION FOR RELIEF FROM AUTOMATIC STAY) WERE:

POSTED ON THE DEBTOR'S FRONT DOOR

[ ] Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __12/6/07__

HAKOP JACK DEMIRCHYAN
Type Name

=================================================================
**THREE DAY NOTICE TO PAY RENT OR QUIT PREMISES**
=================================================================

TO:

DORA THOMAS
12434 BIRCH AVENUE, #B
HAWTHORNE, CA 90250

AND TO ALL OTHERS IN POSSESSION

---YOU ARE HEREBY NOTIFIED that pursuant to the lease or rental agreement under which you hold the possession of the hereinafter described premises there is now due, unpaid and delinquent rent in the total sum of $17,720.00, representing the rent due for the period of SEPTEMBER 1, 2006 THROUGH JULY 31, 2007.

YOU ARE FURTHER NOTIFIED that within Three (3) days after service of this Notice on you, you must pay the amount of said rent in full or quit said premises and deliver up possession of the same to the landlord/agent, as named below, or I will institute legal proceedings for an unlawful detainer against you to recover possession of said premises, to declare said lease or rental agreement forfeited and to recover rent and punitive damages as allowed by law.

YOU ARE FURTHER NOTIFIED that by this notice the landlord/agent elects to and does declare a forfeiture of said lease or rental agreement if said rent is not paid in full within the three (3) day period. The premises herein referred to are located at the following location:

12434 BIRCH AVENUE, #B
HAWTHORNE, CA 90250

Date: 07/09/2007

JULIO MONTERROSO
LANDLORD/AGENT


PENAL CODE SECTION 594 READS: "Any person who maliciously injures or destroys Real or Personal Property not their own... is guilty of vandalism."


Person to pay: JULIO MONTERROSO

Address to Pay: 12434 BIRCH AVENUE. #A
                HAWTHORNE, CA 90250

Phone Number: 310-676-2666

PAYMENT MAY BE RECEIVED AT ANY TIME WITHIN THE PERIOD STATED BELOW.
SUNDAY THROUGH SATURDAY, 12:00 AM THROUGH 11:59 PM



EXHIBIT "A"

| | SUM-130 |
|---|---|
| **SUMMONS**<br>*(CITACIÓN JUDICIAL)*<br>**UNLAWFUL DETAINER—EVICTION**<br>*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)* | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DORA THOMAS

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JULIO MONTERROSO

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT CALIF. COUNTY LOS ANGELES
   ONE REGENT ST.
   INGLEWOOD, CA 90301
   INGLEWOOD JUDICIAL DISTRICT

   CASE NUMBER: *(Número del Caso):*

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Dennis P. Block, ESQ.                                323 938-2868
   Dennis P. Block & Associates   Bar No. 70194         323-938-6069
   5437 LAUREL CANYON BLVD., SECOND FLOOR
   VALLEY VILLAGE, CA 91607

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415)  [X] did not  [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:                                     Clerk, by _____, Deputy
*(Fecha)*                                 *(Secretario)*                   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify)*:
      under: [ ] CCP 416.10 (corporation)            [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)               [ ] other *(specify)*:

5. [ ] by personal delivery on *(date)*:

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure §§ 412.20, 415.456, 1167

EXHIBIT B

SUM-130

| PLAINTIFF (Name): JULIO MONTERROSO | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): DORA THOMAS | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and ZIP:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date)*:

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Dennis P. Block, ESQ.<br>Dennis P. Block & Associates  Bar No. 70194<br>5437 LAUREL CANYON BLVD., SECOND FLOOR<br><br>VALLEY VILLAGE, CA 91607<br>TELEPHONE NO.: 323 938-2868   FAX NO. *(Optional)*: 323-938-6069<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
  STREET ADDRESS: ONE REGENT ST.
  MAILING ADDRESS:
  CITY AND ZIP CODE: INGLEWOOD, CA 90301
  BRANCH NAME: INGLEWOOD JUDICIAL DISTRICT

PLAINTIFF: JULIO MONTERROSO

DEFENDANT: DORA THOMAS

[ ] DOES 1 TO _____

**COMPLAINT — UNLAWFUL DETAINER***
[X] COMPLAINT  [ ] AMENDED COMPLAINT *(Amendment Number)*: _____

CASE NUMBER:

**Jurisdiction** *(check all that apply)*:

[X] **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded  [ ] does not exceed $10,000
                   [X] exceeds $10,000 but does not exceed $25,000
[ ] **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply)*:
  [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
  [ ] from unlawful detainer to general limited civil (possession not in issue)    [ ] from unlimited to limited

1. PLAINTIFF *(name each)*: JULIO MONTERROSO

   alleges causes of action against DEFENDANT *(name each)*: DORA THOMAS

2. a. Plaintiff is   (1) [X] an individual over the age of 18 years.   (4) [ ] a partnership.
                     (2) [ ] a public agency.                          (5) [ ] a corporation.
                     (3) [ ] other *(specify)*:

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:
      AS DESCRIBED ABOVE

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county)*:
   12434 BIRCH AVE., #B, HAWTHORNE, CA 90250

4. Plaintiff's interest in the premises is   [ ] as owner   [X] other *(specify)*: LANDLORD/OWNER
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date)*: OVER 30 DAYS AGO     defendant *(name each)*: DORA THOMAS

   (1) agreed to rent the premises as a   [X] month-to-month tenancy   [ ] other tenancy *(specify)*:
   (2) agreed to pay rent of $ 1,650.00   payable [X] monthly   [ ] other *(specify frequency)*:
   (3) agreed to pay rent on the   [X] first of the month   [ ] other day *(specify)*:

   b. This [X] written   [ ] oral   agreement was made with
      (1) [X] plaintiff.                          (3) [ ] plaintiff's predecessor in interest.
      (2) [ ] plaintiff's agent.                  (4) [ ] other *(specify)*:

*****NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 [Rev. July 1, 2005] | **COMPLAINT—UNLAWFUL DETAINER** Legal<br>Solutions<br>Plus | Civil Code, § 1940 et seq.<br>Code of Civil Procedure §§ 425.12, 1166 |

| PLAINTIFF (Name): JULIO MONTERROSO | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): DORA THOMAS | |

6. c. [ ]  The defendants not named in item 6a are
    (1) [ ] subtenants.
    (2) [ ] assignees.
    (3) [ ] other (specify):

d. [ ] The agreement was later changed as follows (specify):

e. [ ] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

f. [X] (For residential property) A copy of the written agreement is **not** attached because (specify reason):
    (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [X] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant (name each): DORA THOMAS

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit      (4) [ ] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit      (5) [ ] 3-day notice to quit
    (3) [ ] 60-day notice to quit      (6) [ ] Other (specify):

b. (1) On (date): 7/12/07    the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.

c. All facts stated in the notice are true.

d. [X] The notice included an election of forfeiture.

e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)

f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on (date):
    (2) [ ] by leaving a copy with (name or description):
    a person of suitable age and discretion, on (date):    at defendant's
    [ ] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on (date):    because defendant cannot be found at defendant's residence or usual place of business.
    (3) [X] by posting a copy on the premises on (date): 7/9/07    [ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on (date): 7/9/07
        (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
        (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
    (5) [ ] (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.

b. [ ] (Name):
    was served on behalf of all defendants who signed a joint written rental agreement.

c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

d. [ ] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

| PLAINTIFF (Name): JULIO MONTERROSO | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): DORA THOMAS | |

9. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. [X] At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $ 17,720.00
11. [X] The fair rental value of the premises is $ 55.00 per day.
12. [ ] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. [X] A written agreement between the parties provides for attorney fees.
14. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

    Plaintiff has met all applicable requirements of the ordinances.
15. [ ] Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. [X] past-due rent of $ 17,720.00
    d. [X] reasonable attorney fees.
    e. [X] forfeiture of the agreement.
    f. [X] damages at the rate stated in item 11 from *(date):* 8/1/07 for each day that defendants remain in possession through entry of judgment.
    g. [ ] statutory damages up to $600 for the conduct alleged in item 12.
    h. [ ] other *(specify):*

18. [X] Number of pages attached *(specify):* 2

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state):*

    a. Assistant's name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 7/18/2007

Dennis P. Block, ESQ.
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF)

=============================================================
                THREE DAY NOTICE TO PAY RENT OR QUIT PREMISES
=============================================================

TO:

      DORA THOMAS
      12434 BIRCH AVENUE, #B
      HAWTHORNE, CA 90250

AND TO ALL OTHERS IN POSSESSION

---YOU ARE HEREBY NOTIFIED that pursuant to the lease or rental agreement under which you hold the possession of the hereinafter described premises there is now due, unpaid and delinquent rent in the total sum of $17,720.00, representing the rent due for the period of SEPTEMBER 1, 2006 THROUGH JULY 31, 2007.

YOU ARE FURTHER NOTIFIED that within Three (3) days after service of this Notice on you, you must pay the amount of said rent in full or quit said premises and deliver up possession of the same to the landlord/agent, as named below, or I will institute legal proceedings for an unlawful detainer against you to recover possession of said premises, to declare said lease or rental agreement forfeited and to recover rent and punitive damages as allowed by law.

YOU ARE FURTHER NOTIFIED that by this notice the landlord/agent elects to and does declare a forfeiture of said lease or rental agreement if said rent is not paid in full within the three (3) day period. The premises herein referred to are located at the following location:

12434 BIRCH AVENUE, #B
HAWTHORNE, CA 90250

Date: 07/09/2007

    JULIO MONTERROSO
    LANDLORD/AGENT


PENAL CODE SECTION 594 READS: "Any person who maliciously injures or destroys Real or Personal Property not their own... is guilty of vandalism."


Person to pay: JULIO MONTERROSO

Address to Pay: 12434 BIRCH AVENUE. #A
              HAWTHORNE, CA 90250

Phone Number: 310-676-2666

PAYMENT MAY BE RECEIVED AT ANY TIME WITHIN THE PERIOD STATED BELOW.
SUNDAY THROUGH SATURDAY, 12:00 AM THROUGH 11:59 PM


EXHIBIT _____

( VERIFICATION   446 AND 2015.5 C.C.P. )

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF LOS ANGELES    )

I, THE UNDERSIGNED SAY:

I AM THE PLAINTIFF IN THE WITHIN ACTION. I HAVE READ THE FOREGOING COMPLAINT FOR UNLAWFUL DETAINER AND KNOW THE CONTENTS THEREOF AND THAT THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS WHICH ARE THEREIN STATED UPON MY INFORMATION OR BELIEF, AND AS TO THOSE MATTERS THAT I BELIEVE IT TO BE TRUE.

I CERTIFY (OR DECLARE) UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 7-18-07    AT LOS ANGELES, CA.

XX _____/s/ Julio Monterroso_____
JULIO MONTERROSO
*SIGN HERE AND RETURN*

026105

VERIFICATION

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):  
TELEPHONE NO.:  
FOR COURT USE ONLY

ATTORNEY FOR (Name): PLAINTIFF  
NAME OF COURT: SUPERIOR COURT CALIF. COUNTY LOS ANGELES  
STREET ADDRESS: ONE REGENT ST.  
MAILING ADDRESS:  
CITY AND ZIP CODE: INGLEWOOD, CA 90301  
BRANCH NAME: INGLEWOOD JUDICIAL DISTRICT

PLAINTIFF: JULIO MONTERROSO

DEFENDANT: DORA THOMAS

## PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CASE NUMBER:

(To be completed by the process server)  
DATE OF SERVICE:

(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit No., city and ZIP code):

3. The address of "the premises" subject to this claim is (address): 12434 BIRCH AVE., #B, HAWTHORNE, CA 90250

4. On (insert date): _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]  
**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**  
Legal Solutions Plus  
Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

| PLAINTIFF (Name): JULIO MONTERROSO | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): DORA THOMAS | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
    a. [ ] an oral rental agreement with the landlord.
    b. [X] a written rental agreement with the landlord.
    c. [ ] an oral rental agreement with a person other than the landlord.
    d. [ ] a written rental agreement with a person other than the landlord.
    e. [ ] other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all the following are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*